**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>West Bend Mutual Insurance Company,<br><br>v.<br><br>Roddy, Leahy, Guill & Zima, Ltd. and Paul Schumacher | Case Number: 08cv4746<br><br>FILED: AUGUST 20, 2008<br>08CV4746<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
West Bend Mutual Insurance Company

TC

| |
|---|
| NAME (Type or print)<br>DANIEL P. DUFFY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ DANIEL P. DUFFY /S/ |
| FIRM<br>Peterson, Johnson & Murray, S.C. |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP<br>Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6228686 | TELEPHONE NUMBER<br>312-782-7150 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐