UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:08-cv-04746 ) |
| RODDY, LEAHY, GUILL & ZIMA, LTD. and PAUL W. SCHUMACHER, | ) Judge Ronald A. Guzman ) Magistrate Susan E. Cox ) |
| Defendants. | ) ) ) |

**FIRST AMENDED COMPLAINT**

Plaintiff, West Bend Mutual Insurance Company, by its attorneys, Peterson, Johnson & Murray, S.C., alleges as follows:

1.	Plaintiff , West Bend Mutual Insurance Company, is a citizen of the State of Wisconsin and a Wisconsin corporation which maintains its principal place of business in West Bend, Wisconsin, and is engaged generally in the sale and provision of liability and casualty insurance.

2.	Defendant Paul W. Schumacher is a citizen of the state of Illinois and is an adult resident of the Illinois.  Schumacher is engaged in the practice of law as an employee and/or partner in the law firm of defendant, Roddy, Leahy, Guill & Zima, Ltd.

3.	Defendant Roddy, Leah, Guill & Zima, Ltd., is a citizen of the state of Illinois and is a law firm engaged in the general practice of law with its principal place of business located at 300 W. Madison Street, Suite 1500, Chicago, Illinois 6060

1

4.	The amount in controversy in this action exceeds $75,000.  Jurisdiction of this action is premised upon 42 USC §1332.  The venue of this action is proper pursuant to 28 USC §1391in the northern district of Illinois because the acts giving rise to the claim took place in the northern district of Illinois.

5.	In December of 2005, plaintiff, West Bend Mutual Insurance Company, retained defendant Roddy, Leahy, Guill & Zima, Ltd. to provide legal services with regard to a worker's compensation claim presented by James Marzano against West Bend Mutual Insurance Company and its insured, Nelson Insulation.

6.	Defendant Roddy, Leahy, Guill & Zima, Ltd. agreed to provide legal services to West Bend Mutual Insurance Company in connection with the Marzano claim and by so doing agreed to exercise that degree of care, skill, judgment and prudence with is commonly exercised by attorneys licensed to practice law in Illinois under the same or similar circumstances.

7.	Defendant, Paul W. Schumacher, undertook the principal responsibility for the handling of the Marzano claim on behalf of defendant, Roddy, Leahy, Guill & Zima, Ltd.

8.	Defendant Paul W. Schumacher had a duty to West Bend Mutual Insurance Company to exercise that degree of care, skill, judgment and prudence which is commonly exercised by attorneys licensed to practice law in Illinois under the same or similar circumstances in connection with his handling of the Marzano claim.

9. Defendant, Roddy, Leahy, Guill & Zima, Ltd.; defendant Schumacher, and each of them, breached the duty owed West Bend Mutual Insurance Company in one or more of the following manners:

    a. failing to adequately analyze the issues in the case;

    b. failing to properly evaluate, understand and utilize expert opinion testimony and other evidence available to defend the claim;

    c. failing to timely, fully and properly investigate and evaluate the facts and legal issues relating to that claim;

    d. failing to timely assert various factual and legal defenses to the claim;

    e. failing to provide appropriate and timely legal advice to West Bend Mutual Insurance Company and its insured;

10. As a result of the breach of their duty of care, West Bend Mutual Insurance Company and its insured lost valuable factual and legal defenses to the Marzano claim, which liability defenses would have eliminated any liability to Marzano.

11. As a result of the defendants' breach, plaintiff, West Bend Mutual Insurance Company, has been or, upon information and belief, will in the future be required to pay substantial amounts of money for past medical expenses, past temporary total disability payments and future permanent partial disability payments, all to their damage in a sum substantially in excess of $75,000 and in an amount to be determined by the trier of fact.

WHEREFORE, plaintiff, West Bend Mutual Insurance Company, demands judgment against defendants, and against each of them, for compensatory damages in an amount to be

determined by the trier of fact, together with its taxable costs and disbursements herein, and such other and further relief as the court may deem just and equitable.

Dated at Chicago, Illinois, this 20th day of August, 2008.

                                      PETERSON, JOHNSON & MURRAY, S.C.
                                      Attorneys for Plaintiff, West Bend Mutual
                                      Insurance Company

                              BY:    Daniel P. Duffy /S/
                                      One of its attorneys

Daniel P. Duffy
Terry E. Johnson
PETERSON, JOHNSON & MURRAY, S.C.
30 N. LaSalle, Suite 2900
Chicago, IL  60602
312-782-7150

F:\DOCS\022\0556\00504656.WPD